UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUPONCO WORLDWIDE, INC.

                          Plaintiff,

          – *against* –

BENSUSAN RESTAURANT CORP.,

                          Defendant.

**ORDER**

24-cv-09215 (ER)

Ramos, D.J.:

CouponCo WorldWide, Inc. brought this action against Bensusan Restaurant Corp. on December 3, 2024. Doc. 1. On December 17, 2024, Bensusan Restaurant was served. Doc. 7. Since then, there has been no activity in this case.

CouponCo WorldWide is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    July 30, 2025
          New York, New York

_____

EDGARDO RAMOS, U.S.D.J.