UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUPONCO WORLDWIDE, INC.,

                    Plaintiff,

          – against –

BENSUSAN RESTAURANT CORP.,

                    Defendant.

**ORDER**

24-cv-09215 (ER)

RAMOS, D.J.:

CouponCo WorldWide, Inc. brought this action against Bensusan Restaurant Corp. on December 3, 2024. Doc. 1. Bensusan Restaurant was served on December 17, 2024. Doc. 7. On August 8, 2025, the Court directed CouponCo WorldWide to move for default by August 22, 2025. Doc. 14. The Clerk's certificate of default was issued on August 14, 2025, and Bensusan Restaurant was served with the Clerk's certificate of default on August 28, 2025. Docs. 17, 18. Since then, there has been no activity in this case. CouponCo WorldWide is directed to move for default by October 23, 2025.

          It is SO ORDERED.

Dated:    October 16, 2025
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.